IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: EDWARD C. MALLOY, : | |
| : | |
| Debtor. : | |
| : | |
| ─────────────────────── : | |
| : | |
| TERRY P. DERSHAW, : | |
| : | BANKRUPTCY NO. 14-15464 |
| Trustee, : | |
| : | CIVIL ACTION NO. 19-5181 |
| v. : | |
| : | |
| UNITED STATES TRUSTEE, : | |
| : | |
| Trustee. : | |

**ORDER**

**AND NOW**, this 11th day of May, 2022, upon consideration of the Amended Certificate of Appeal from an Order entered by the Honorable Eric L. Frank, United States Bankruptcy Court Judge for the Eastern District of Pennsylvania (ECF No. 2) and the designated record on appeal (ECF Nos. 7, 8), **IT IS HEREBY ORDERED AND DECREED** that the Bankruptcy Court's Decision is **AFFIRMED**.[1]

**BY THE COURT**:

/s/ Petrese B. Tucker
───────────────────────────
**Hon. Petrese B. Tucker, U.S.D.J.**

---

[1] This Order accompanies the Court's Memorandum dated May 11, 2022.